IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
*Baltimore Division*

IN RE:
PATRICK A FRANCIS
    Debtor

Case No. 21-16479

Freedom Mortgage Corporation
    Movant

vs.

Chapter 7

PATRICK A FRANCIS
    Debtor

and

Zvi Guttman
    Chapter 7 Trustee

### IMPORTANT NOTICE

Freedom Mortgage Corporation ("Freedom") is firmly committed to helping its borrowers who are experiencing a hardship. Depending on the circumstances of your case, Freedom may be amenable to consensual resolution of this matter, with Court approval. Potential options for resolution may include, among other things, temporary forbearance of payments, payment restructuring and/or adjustment of your payment amount.
If you (or, if applicable, any co-debtors) have experienced a hardship, please contact us (or have your counsel contact us, if you are represented) promptly to discuss possible options.

### MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL PROPERTY LOCATED AT 2126 MOUNT ROYAL TER, BALTIMORE, MARYLAND 21217

    COMES NOW, Freedom Mortgage Corporation (hereinafter "Movant"), its assigns and/or its successors in interest, by and through counsel, moves for relief from the automatic stay of 11 U.S.C. § 362(a) pursuant to Fed. R. Bankr. P. Rules 4001, 9014, and Maryland Local Bankr. Rule 4001, and respectfully represents as follows:

    1.    Jurisdiction is based on 28 U.S.C. §§ 157 and 1334 of the United States

4

Bankruptcy Code. The relief requested may be granted in accordance with the provisions of 11 U.S.C. §§ 105(a) and 362(d) and pursuant to Fed. Bank. Proc. Rules 9013 and 4001.

2. On or about October 14, 2021, PATRICK A FRANCIS (hereinafter "Debtor") filed a voluntary petition in this Court under Chapter 7 of the United States Bankruptcy Code.

3. Zvi Guttman is the duly appointed Chapter 7 Trustee of the Debtor's bankruptcy estate.

4. At the time of initiation of the bankruptcy proceedings, the Debtor owned a parcel of real estate located in Baltimore City County, Maryland, and improved by a residence known as 2126 MOUNT ROYAL TER, Baltimore, Maryland 21217 (hereinafter the "Property").

5. Movant is a secured creditor of the Debtor whose interest is evidenced by a promissory note ("Note") dated January 6, 2018, in the original principal amount of $417,000.00 with interest at the original note rate of 3.750%. A copy of the promissory note is attached.

6. Said Note is secured by a certain Deed of Trust also dated January 6, 2018 and recorded in Liber 19847, Folio 190 among the land records of Baltimore City County, Maryland, related to the Property. A copy of the deed of trust is attached.

7. Movant now seeks relief from the automatic stay against Debtor pursuant to 11 U.S.C. § 362(d)(1) for Debtor's failure to maintain adequate protection payments to Movant as required by the aforementioned promissory note and deed of trust.

8. The Debtor is in default under the Deed of Trust and Note and is contractually due for: (a) March 1, 2019 through March 1, 2020 payments of $2,616.51 each for a subtotal of $34,014.63; April 1, 2020 through November 1, 2020 payments of $2,610.35 each for a subtotal of $20,882.80; December 1, 2020 through October 1, 2021 payments of $2,847.44 each for a subtotal of $31,321.84. (b) Movant has incurred legal fees of $750.00 and filing cost of $188.00

associated with the present motion. Consequently, payment arrears alone at this point total $87,157.27.

9. A detailed statement of debt, required by Maryland Local Bankr. Rule 4001-1(b), is itemized as follows:

| | |
|---|---:|
| Unpaid Principal Balance | $409,332.33 |
| Accrued Interest | $43,221.59 |
| Additional Items Due | $1,579.00 |
| Recording Fee | $50.00 |
| Late Charges | $695.16 |
| Escrow/ Impound Required | $20,286.26 |
| Total: | $475,164.34. |

This statement of debt is not equivalent to a verified payoff statement. If you wish to receive a verified payoff statement you must request one directly from the lender.

10. Movant lacks adequate protection of its interest in the Property and Movant continues to be irreparably injured by the stay of 11 U.S.C. § 362(a).

11. Movant avers that there is no equity in the Property because the total liens against the Property exceeds its fair market value. The Maryland State Department of Assessments and Taxation's real property report lists the market value of the Property as $358,800.00. Maryland Bankr. Rule 4001-1(b)(6).

12. Cause exists for terminating the automatic stay imposed by 11 U.S.C. § 362(a) to enable Movant to avail itself of its rights and remedies under its promissory note, security instrument, and state law, including but not limited to the commencement of foreclosure proceedings against the Property.

WHEREFORE, the Movant, its assigns and/or successors-in-interest prays that this Court:

1. Enter an order terminating the automatic stay imposed by 11 U.S.C. § 362(a) of the United States Bankruptcy Code to enable Movant, its successors and/or assigns, to avail itself

of its rights and remedies under the promissory note, deed of trust, and state law, including but not limited to the initiation of foreclosure proceedings against the property located at 2126 MOUNT ROYAL TER, Baltimore, Maryland 21217 and to allow successful purchaser to obtain possession of same; and,

    2.    Grant such other and further relief as may be just and necessary.

Respectfully submitted,

Date:  November 1, 2021                  */s/ Andrew Spivack*
                                                      Andrew Spivack Bar No. 2008190001
                                                      Brock & Scott, PLLC
                                                       302 Fellowship Road, Suite 130
                                                       Mount Laurel, NJ 08054
                                                       844-856-6646 x3017
                                                       704-369-0760  facsimile
                                                       Andrew.Spivack@brockandscott.com

                                                       *Counsel for Movant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of November, 2021, the following persons were served a copy of the Motion for Relief from Automatic Stay, in the manner described below:

<u>*Via* CM/ECF Electronic Notice</u>:

| | |
|---|---|
| James R. Logan, Esq. | Zvi Guttman |
| 2419 Maryland Avenue | P. O. Box 32308 |
| Baltimore, MD 21218 | Baltimore, MD 21282-2308 |
| *Counsel for Debtor* | *Chapter 7 Trustee* |

<u>*Via* First Class Mail, Postage Prepaid</u>:

PATRICK A FRANCIS
2126 MOUNT ROYAL TER
BALTIMORE, MD 21217-4848
*Debtor*

*/s/ Andrew Spivack*
Andrew Spivack